177 A.3d 119

COLIN ANDREWS, ET AL., PLAINTIFFS, v. JOHN A. FRANK, DEFENDANT, AND TERRY ANDREWS, DEFENDANT/THIRD-PARTY PLAINTIFF, v. CLIFFORD S. ANDREWS, III, THIRD-PARTY DEFENDANT/FOURTH-PARTY PLAINTIFF–RESPONDENT, v. JOHN A. FRANK, FOURTH-PARTY DEFENDANT, AND STEVEN P. FORD, FOURTH-PARTY DEFENDANT–PETITIONER.

C–396 September Term 2017
079057

December 8, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005524–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.